**Robert KROGMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 65238.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 23, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 20, 1994.

Application to Transfer Denied
Oct. 25, 1994.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., and CRIST and CARL R. GAERTNER, JJ.

PER CURIAM.

Appellant pled guilty to two counts of rape and one count of sodomy. He received three concurrent twelve-year sentences.

In his Rule 24.035 motion, appellate alleges error in accepting his pleas. The motion

court denied his request for relief without an evidentiary hearing.

No jurisprudential purpose would be served by a written opinion. The motion court's findings are not clearly erroneous and no error of law appears. Pursuant to Rule 84.16(b), the judgment is affirmed.